Cecil **HANKINS**, Appellant,

v.

**CITY OF PHILADELPHIA; American Federation of State, County and Municipal Employees; American Federation of State, County and Municipal Employees District Council 47, Local 2187.**

No. 98–1327.

United States Court of Appeals, Third Circuit.

Sept. 23, 1999.

Before: BECKER, Chief Judge, SLOVITER, MANSMANN, GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH, McKEE and COWEN, Circuit Judges.

BY THE COURT:

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ORDERED that the Clerk of this Court vacate the opinion and judgment filed August 18, 1999 and list the above for rehearing *en banc* at the convenience of the Court.